# United States District Court
## For The Western District of North Carolina
## Statesville Division

CHRISTI M. WARD,

    Plaintiff(s),

vs.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV264

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2006, Order.

Signed: December 12, 2006

_____
Frank G. Johns, Clerk
United States District Court